In the United States District Court

for the _____ District of Colorado

U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 MAY -1 PM 1:26

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

United States of America

v.

Richard J. Kurtz

Criminal No. 07 Cr. 00399 (EWN)

**08 CRIM 402**

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, Richard J. Kurtz, defendant, have been informed that a indictment (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the Southern District of New York in which I am held (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: February 15, 2008, NY, NY

_____ (Defendant)

_____ (Witness)

_____ (Counsel for Defendant)

Approved

Michael J. Garcia /PM
United States Attorney for the
Southern District of New York

_____
Acting United States Attorney for the
Colorado District of